MARIE C. BAUDENBACH, Appellant, *v.* MAURICE F. SCHLESINGER, Doing Business under the Firm Name of BENDINER AND SCHLESINGER, Respondent.

(Argued January 16, 1929; decided February 13, 1929.)

*James Taylor Lewis* for appellant.
*Frank L. Wiswall* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.